THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* HENRY C. LEIN, Appellant.

*People* v. *Lein*, 152 App. Div. 376, affirmed.
(Argued December 12, 1912; decided December 31, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 9, 1912, which affirmed a judgment rendered at a Trial Term upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*John W. Ryan* for appellant.

*Wesley C. Dudley, District Attorney* (*Guy B. Moore* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

THOMAS W. BUTTS et al., Appellants, *v.* MARIE J. C. CAREY, Respondent, Impleaded with Others.

*Butts* v. *Carey*, 143 App. Div. 356, appeal dismissed.
(Submitted December 13, 1912; decided December 31, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 25, 1911, reversing a judgment in favor of plaintiffs, entered upon a decision of the court on trial at Special Term and granting a new trial in an action to impress an attorney's lien upon certain real property.

*W. P. Vining, P. J. Dobson* and *James J. Thornley* for appellants.

*Louis O. Van Doren* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.